IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNATHAN ROBINS, as an** Individual and on behalf of his son Johnathan Robins, Jr. | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **JUDGE MICHAEL F.X. COLL, MASTER JUDGE & MR. WADE** | : : | **NO. 11-7501** |

## ORDER

**AND NOW**, this 6th day of November, 2012, upon consideration of Michael Ward's Motion to Dismiss Amended Complaint (Document No. 20), the Judicial Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Document No. 21), the plaintiffs' responses in opposition to the motions and the plaintiffs' two amended complaints, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

                                                   /s/Timothy J. Savage
                                                   TIMOTHY J. SAVAGE,  J.